Duration: 10m

DOCKET No. 26cr531 DEFENDANT Wanja Oberhof

AUSA Micah Ferguson/Rebecca Delfiner DEF.'S COUNSEL Kevin Puvalowski

☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ ______ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☐ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.

☑ Other: Arraignment

DATE OF ARREST ______ ☐ VOL. SURR.

TIME OF ARREST ______ ☐ ON WRIT

TIME OF PRESENTMENT 10:00 am

**BAIL DISPOSITION**

☐ SEE SEP. ORDER

☐ SEE TRANSCRIPT

☐ DETENTION ON CONSENT W/O PREJUDICE ☐ DETENTION: RISK OF FLIGHT/DANGER

☐ DETENTION HEARING SCHEDULED FOR: ______

☐ AGREED CONDITIONS OF RELEASE

☐ DEF. RELEASED ON OWN RECOGNIZANCE

☐ $______ BOND ☐ ____FRP

☐ SECURED BY $______ CASH/PROPERTY: ______

☐ TRAVEL RESTRICTED TO SDNY/EDNY/______

☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES

☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☐ AS DIRECTED BY PRETRIAL SERVICES

☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS

☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING

☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS

☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM

☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET

☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ______

______; REMAINING CONDITIONS TO BE MET BY: ______

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY ☑ CONFERENCE BEFORE D.J. ON 12/1/2026

☐ DEF. WAIVES INDICTMENT

☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 12/1/2026

For Rule 5(c)(3) Cases:

☐ IDENTITY HEARING WAIVED ☐ DEFENDANT TO BE REMOVED

☐ PRELIMINARY HEARING IN SDNY WAIVED ☐ CONTROL DATE FOR REMOVAL: ______

PRELIMINARY HEARING DATE: ______ ☐ ON DEFENDANT'S CONSENT

**DATE:** 11/17/2026

**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE PINK – U.S. ATTORNEY'S OFFICE YELLOW – U.S. MARSHAL GREEN – PRETRIAL SERVICES AGENCY

Rev'd 2016